UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Seandrea Lamont Johnson, #318610, | )<br>) Civil Action 1:17-cv-2495-TLW |
| Plaintiff, | ) |
| v. | )<br>) **ORDER** |
| Bubba Simmons; Tonya Capers;<br>Shaquandra Dunbar; and County of<br>Allendale, | )<br>)<br>)<br>) |
| Defendant. | ) |

Plaintiff Seandrea Lamont Johnson, proceeding *pro se*, brought this action pursuant to 42 U.S.C. § 1983. ECF No. 1. This matter is before the Court for review of the Report and Recommendation (the Report) filed by United States Magistrate Shiva V. Hodges to whom this case was previously assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d), (D.S.C.). ECF No. 14. In the Report, the Magistrate Judge recommends dismissing the complaint without prejudice and without issuance and service of process. *Id.* Plaintiff did not file objections to the Report. Instead, Plaintiff filed a Motion to Amend the Complaint and several "proposed documents." ECF Nos. 19, 21, 22.

> In reviewing the R&R, the Court applies the following standard:
>
> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections . . . . The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

*Wallace v. Hous. Auth. of City of Columbia*, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations

omitted).

In light of the standard set forth in *Wallace*, the Court has reviewed *de novo* the Report and the subsequent filings. The Report recommends dismissing the case based on Plaintiff's failure to bring the case into proper form. However, since the Magistrate Judge filed the Report, Plaintiff has filed several documents, including a signature page of the Complaint, and has also filed a Motion to Amend the Complaint. Therefore, the Court **RECOMMITS** this action to the Magistrate Judge to determine if the filings change the analysis or conclusion reached by the Magistrate Judge.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Chief United States District Judge

February 23, 2018
Columbia, South Carolina